








```
AV1    9/22/03    16:49
3:03-M -02329   USA V. OLVAE-VALENCIA
*1*
*CRCMP.*
```

FILED
03 SEP 22 AM 8:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> BY: ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) 89072 ) <br> Luis Ferne Olave-Valencia (1), ) <br> Rene Al Chavarin-Carrillo (2), — 89068 ) <br> Aquilino Bonilla-Torres (3), 89069 ) <br> Jose Elvi Mosquera (4), 89071 ) <br> Jose Rebolledo-Estupinan (5), - 89070 ) <br> Sofonias Riascos-Riascos (6) 89073 ) <br> ) <br> Defendants. ) | Magistrate's Case No. '03 mg 2329 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 46, U.S.C. <br> App., Sec.1903(a),(c)(1)(A),(f) and (j) - <br> Conspiracy to Possess Cocaine <br> with Intent to Distribute <br> on Board a Vessel. |

The undersigned complainant being duly sworn states:

Beginning at a date unknown and continuing up to and including September 14, 2003, aboard a vessel, subject to the jurisdiction of the United States, defendants Luis Ferne Olave-Valencia, Rene Al Chavarin-Carrillo, Aquilino Bonilla-Torres, Jose Elvi Mosquera, Jose Rebolledo-Estupinan, and Sofonias Riascos-Riascos, did knowingly and intentionally conspire together and with each other and with other persons known and unknown, to possess with intent to distribute, approximately 4939 pounds of cocaine, a Schedule II Controlled Substance and, thereafter, said defendants did first enter the United States at San Diego, California, within the Southern District of California, in violation of Title 46, United States Code Appendix, Section 1903(a),(c)(1)(A), (f) and (j)

The complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

DATED:

_____
Keith Alan Byers
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, this 22d day of September, 2003

_____
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Keith Alan Byers, declare under penalty of perjury, that the following is true and correct:

These facts are based on my personal participation in this investigation, as well as written and oral statements received from other law enforcement officers. I submit that the facts contained in this statement demonstrate that probable cause exists to believe that the defendants named in the attached complaint committed the crimes charged in the complaint.

On September 13, 2003, during the afternoon hours, a United States Coast Guard (USCG) C-130 Maritime Patrol Aircraft was on patrol in international waters off the coast of Costa Rica. During this patrol, the crew of the C-130 observed a suspected go-fast approximately 180 nautical miles from the USCG Cutter Hamilton which was also conducting a routine patrol in international waters. The Hamilton was then ordered to respond to the scene. At approximately 9:40 p.m., local time, the Hamilton launched its helicopter and the helicopter crew eventually observed the go-fast and a second vessel tied up together for approximately 20 minutes. The second vessel appeared to be a Logistic Support Vessel (LSV).

The go-fast and the LSV separated and began traveling in an erratic manner. The helicopter crew continued to monitor the go-fast and observed six crew members aboard. The crew of the go-fast eventually detected the presence of the helicopter and the crew began dumping packages over the side. Despite signals and commands from the helicopter telling the go-fast to stop its engines, the crew refused to do so. The crew of the go-fast also ignored warning shots across the bow of the go-fast. After a pursuit lasting approximately five minutes from the point the go-fast first noticed the presence of the helicopter, the helicopter was able to successfully disable the engine of the go-fast with gunfire.

During this time, the Hamilton had launched its Over the Horizon (OTH) boat team. The OTH boat team approached the go-fast at approximately 12:10 am on September 14, 2003, and the team noticed several bales of contraband floating in the water. The go-fast was encountered approximately 250 nautical miles south west of the Honduras/Costa Rica boarder. The suspected go-fast vessel had no markings or flag to indicate nationality.

The USCG conducted a "Right to Visit" boarding to determine the nationality of the go-fast. The USCG ultimately determined that five of the crew members were Colombian nationals, and one crew member was a Mexican national. The USCG asked each crew member to identify the captain or master of the vessel. None did so. The USCG also asked each crew member if he desired to identify the nationality of the vessel or claim nationality for the vessel. ~~Once again, claimed Colombian Nationality for the vessel although neither claimed to be the master.~~ ~~none did so.~~ In an abundance of caution, however, diplomatic channels were utilized to contact and provide the Government of Colombia with the description of the "go-fast" in an attempt to determine its nationality. In an official response, the Colombian government could not confirm or deny the claim of its registry. The vessel was determined to be "stateless" and, therefore,

Only two crew members asserted vessel nationality. Two crew members claimed Colombian nationality for the vessel although neither claimed to be the master. KAB 9/22/03 8:59 AM.

subject to the jurisdiction of the United States.

The USCG seized approximately 99 bales and one brick weighing approximately 4,939 pounds. A field test of two bales both tested positive for cocaine. All six defendants were transferred to the USCG cutter. The go-fast was deemed to be a hazard to navigation and sunk.

The USCG notified the Federal Bureau of Investigation (FBI) for transfer of the defendants to San Diego, California. The defendants were arrested in San Diego, California by FBI and members of the San Diego Maritime Task Force on September 19, 2003, for violation of Title 46 United States Code Appendix, Section 1903(a), (c) (1)(A), (f) and (j); Conspiracy to possess cocaine with intent to distribute on board a vessel.

Executed on September 21, 2003, at 7:15 p.m.

/s/ Keith Byers
Keith Alan Byers
Special Agent
Federal Bureau of Investigation


On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendants named in this probable cause statement committed the offense on September 14, 2003, in violation of Title 46 United States Code, Appendix, Sections 1903(a), (c)(1)(A), (f) and (j).

_____
United States Magistrate Judge

9-22-03 @ 9:00 am *

Date/Time

\* Prob. Cause Statement originally submitted and reviewed 9-20-03 @ 9:00 pm