NUNC PRO TUNC

JUL 2 8 2014

14 AUG 28 AM 10: 10
July 24 2014

DEPUTY

Magistrate,Judge.MR.James F Stiven

Iam directing myself to you with humbleness and respect under the protection of the ammended Art,VI, of 1791.

With the Insurance of knowing that you Honorable Judge MR JAMES F Stiven. You have the Jurisdiction to Infrom me under the custody of the United State . Marshalls that I was under from the date of 9-22-2003 at.3:03 M

The motive of this petition is for the reason that Idont know the last names nor the frist name of the Marshalls that I was under their costudy at all of the hearings, to my knowledge and understanding they were in all of my possession of personal property.

The Idems are
1.Gold ring 18.k.t
2Cedula Colombiana
3work permit
4Address Book
5Ablack leather wallet.

Thankyou for your Att:
Jose Rebolledo

*Rebolledo*

Jose Rebolledo #89070-198
Federal correccional institucion Allenwood
P.O. BOX 2000
White deer, PA. 17887

HARRISBURG PA 171
24 JUL 2014 PM 4 L





⇔89070-198⇔
Office Of The Clerk
333 WEST Broadway, Suite 420
SAN Diego, CA 92101
United States

9210 1380 620

